**[J-104-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| M.A., | : | No. 17 WAP 2016 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered February 1, 2016 at No. 965 |
| | : | WDA 2015, affirming the order of the |
| v. | : | Court of Common Pleas of Allegheny |
| | : | County entered May 26, 2015 at No. |
| | : | FD13-001728-006. |
| M.G., | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**                         **DECIDED:  November 15, 2016**

The appeal is DISMISSED as having been improvidently granted.